

# NUMBER 13-25-00671-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARY HELEN LEDESMA,**                                                **Appellant,**

**v.**

**ALBERTO GARZA,**
**ELIZABETH GARZA,**
**AND RIO DELTA PROPANE, LLC,**                                      **Appellees.**

---

### ON APPEAL FROM THE 476TH DISTRICT COURT
### OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, West, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On December 12, 2025, appellant filed a notice of appeal attempting to appeal an order denying plaintiff's motion to reinstate in trial court cause number C-1415-23-M. On December 18, 2025, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further

notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has failed to respond to the notice or otherwise cure the defect.

Upon review of the documents before us, we are of the opinion that there is no final, appealable order, and appellant has failed to correct the defect. Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 W.S.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Having considered the documents on file and appellant's failure to correct the jurisdictional defect in this matter, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

CLARISSA SILVA
Justice

Delivered and filed on the
26th day of February, 2026.

2